B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re ____MARIELOR MALLARE_____,   Case No. ____11-27005_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

____LVNV Funding LLC_____   ____North Star Capital Acquisition LLC_____
Name of Transferee   Name of Transferor

Name and Address where notices to transferee should be sent:
LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Court Claim # (if known): ___# 2_____
Amount of Claim: _____$1,104.72_____
Date Claim Filed: _____07/13/2011_____

Phone: _(877) 264-5884_____   Phone: _____
Last Four Digits of Acct #: ___9973_____   Last Four Digits of Acct. #: __3288_____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ Susan Gaines_____   Date: _____05/07/2014_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.